UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALLIANZ GLOBAL INVESTORS
KAPITALANLAGEGESELLSCHAFT MBH;
ALLIANZ GLOBAL INVESTORS
LUXEMBOURG S.A.; ALLIANZ GLOBAL
INVESTORS IRELAND LIMITED; ALECTA
PENSIONSFÖRSÄKRING, ÖMSESIDIGT;
SJUNDE AP-FONDEN; VARMA MUTUAL
PENSION INSURANCE COMPANY; DANSKE
INVEST ADMINISTRATION A/S; AFA
LIVFÖRSÄKRINGSAKTIEBOLAG; AFA
TRYGGHETSFÖRSÄKRINGSAKTIEBOLAG;
AFA SJUKFÖRSÄKRINGSAKTIEBOLAG; AND
AFA SJUKFÖRSÄKRINGSAKTIEBOLAG ON
BEHALF OF KOLLEKTIVAVTALSSTIFTELSEN
TRYGGHETSFONDEN TSL; AMF PENSION
FONDFÖRVALTNING AB;
ARBETSMARKNADSFÖRSÄKRINGAR,
PENSIONSFÖRSÄKRINGSAKTIEBOLAG; and
PENSIONSKASSERNES ADMINISTRATION
A/S.

    Plaintiffs,

vs.

VIVENDI, S.A., JEAN-MARIE MESSIER
and GUILLAUME HANNEZO

    Defendants.

Civil Action No.

**07 CIV 8156**

RULE 7.1 STATEMENT



RECEIVED
SEP 18 2007
U.S.   S.D.N.Y.
CASHIERS

---

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9], and

to enable District Judges and Magistrate Judges of the Court to evaluate possible

disqualification or recusal, the undersigned counsel for **Pensionskassernes**

**Administration A/S**, (a private-non governmental party), certifies on information and

- 2 -

belief that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: None.

Dated: September 18, 2007
      New York, New York

**THE SHAPIRO FIRM, LLP**

By: _____
Jonathan S. Shapiro (JS-3068)
Robert J. Shapiro (RS-3220)
500 Fifth Avenue, 14th Floor
New York, New York 10110
Telephone: 212-391-6464

*Local Counsel for Plaintiffs*

**SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP**
David Kessler
Stuart L. Berman
Darren J. Check
John A. Kehoe (JK-4589)
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: 610-667-7706

*Counsel for Plaintiffs*
