UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALLIANZ GLOBAL INVESTORS
KAPITALANLAGEGESELLSCHAFT MBH;
ALLIANZ GLOBAL INVESTORS
LUXEMBOURG S.A.; ALLIANZ GLOBAL
INVESTORS IRELAND LIMITED; ALECTA
PENSIONSFÖRSÄKRING, ÖMSESIDIGT;
SJUNDE AP-FONDEN; VARMA MUTUAL
PENSION INSURANCE COMPANY; DANSKE
INVEST ADMINISTRATION A/S; AFA
LIVFÖRSÄKRINGSAKTIEBOLAG; AFA
TRYGGHETSFÖRSÄKRINGSAKTIEBOLAG;
AFA SJUKFÖRSÄKRINGSAKTIEBOLAG; AND
AFA SJUKFÖRSÄKRINGSAKTIEBOLAG ON
BEHALF OF KOLLEKTIVAVTALSSTIFTELSEN
TRYGGHETSFONDEN TSL; AMF PENSION
FONDFÖRVALTNING AB;
ARBETSMARKNADSFÖRSÄKRINGAR,
PENSIONSFÖRSÄKRINGSAKTIEBOLAG; and
PENSIONSKASSERNES ADMINISTRATION
A/S.

    Plaintiffs,

vs.

VIVENDI, S.A., JEAN-MARIE MESSIER
and GUILLAUME HANNEZO

    Defendants.

Civil Action No..
**'07 CIV 8156**
RULE 7.1 STATEMENT



---

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Sjunde AP –Fonden**[1] [formerly Local General Rule 1.9], (a private-non governmental party), certifies on information and belief that the following are

---

[1] Sjunde AP – Fonden is a public pension fund run by and on behalf of the Swedish government.

- 1 -

820129.1

- 2 -

corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

None.

Dated: September 18, 2007
      New York, New York

By:       **THE SHAPIRO FIRM, LLP**

      /s/ Jonathan S. Shapiro

Jonathan S. Shapiro (JS-3068)
Robert J. Shapiro (RS-3220)
500 Fifth Avenue, 14th Floor
New York, New York 10110
Telephone: 212-391-6464

*Local Counsel for Plaintiffs*

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
David Kessler
Stuart L. Berman
Darren J. Check
John A. Kehoe (JK-4589)
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: 610-667-7706

*Counsel for Plaintiffs*