UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT MBH; ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A.; ALLIANZ GLOBAL INVESTORS IRELAND LIMITED; ALECTA PENSIONSFÖRSÄKRING, ÖMSESIDIGT; SJUNDE AP-FONDEN; VARMA MUTUAL PENSION INSURANCE COMPANY; DANSKE INVEST ADMINISTRATION A/S; AFA LIVFÖRSÄKRINGSAKTIEBOLAG; AFA TRYGGHETSFÖRSÄKRINGSAKTIEBOLAG; AFA SJUKFÖRSÄKRINGSAKTIEBOLAG; AND AFA SJUKFÖRSÄKRINGSAKTIEBOLAG ON BEHALF OF KOLLEKTIVAVTALSSTIFTELSEN TRYGGHETSFONDEN TSL; AMF PENSION FONDFÖRVALTNING AB; ARBETSMARKNADSFÖRSÄKRINGAR, PENSIONSFÖRSÄKRINGSAKTIEBOLAG; and PENSIONSKASSERNES ADMINISTRATION A/S.<br><br>    Plaintiffs,<br><br>vs.<br><br>VIVENDI, S.A., JEAN-MARIE MESSIER and GUILLAUME HANNEZO<br><br>    Defendants. | <br><br>Civil Action No.<br><br>RULE 7.1 STATEMENT<br><br> |

---

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9], and

to enable District Judges and Magistrate Judges of the Court to evaluate possible

disqualification or recusal, the undersigned counsel for **AFA Livförsäkringsaktiebolag;**

**AFA Trygghetsförsäkringsaktiebolag; AFA Sjukförsäkringsaktiebolag; and AFA**

- 1 -
820129.1

- 2 -

**Sjukförsäkringsaktiebolag On Behalf Of Kollektivavtalsstiftelsen Trygghetsfonden TSL**, (a private-non governmental party), certifies on information and belief that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: None.

Dated: September 18, 2007
      New York, New York

By:

THE SHAPIRO FIRM, LLP

Jonathan S. Shapiro (JS-3068)
Robert J. Shapiro (RS-3220)
500 Fifth Avenue, 14th Floor
New York, New York 10110
Telephone: 212-391-6464

*Local Counsel for Plaintiffs*

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
David Kessler
Stuart L. Berman
Darren J. Check
John A. Kehoe (JK-4589)
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: 610-667-7706

*Counsel for Plaintiffs*

820129.1