UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT MBH; ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A.; ALLIANZ GLOBAL INVESTORS IRELAND LIMITED; ALECTA PENSIONSFÖRSÄKRING, ÖMSESIDIGT; SJUNDE AP-FONDEN; VARMA MUTUAL PENSION INSURANCE COMPANY; DANSKE INVEST ADMINISTRATION A/S; AFA LIVFÖRSÄKRINGSAKTIEBOLAG; AFA TRYGGHETSFÖRSÄKRINGSAKTIEBOLAG; AFA SJUKFÖRSÄKRINGSAKTIEBOLAG; AND AFA SJUKFÖRSÄKRINGSAKTIEBOLAG ON BEHALF OF KOLLEKTIVAVTALSSTIFTELSEN TRYGGHETSFONDEN TSL; AMF PENSION FONDFÖRVALTNING AB; ARBETSMARKNADSFÖRSÄKRINGAR, PENSIONSFÖRSÄKRINGSAKTIEBOLAG; and PENSIONSKASSERNES ADMINISTRATION A/S.

   Plaintiffs,

vs.

VIVENDI, S.A., JEAN-MARIE MESSIER and GUILLAUME HANNEZO

   Defendants.

Civil Action No. 07 CIV 8156

RULE 7.1 STATEMENT



RECEIVED SEP 1 8 2007 U.S.D.C. S.D.N.Y. CASHIERS

---

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9], and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Allianz Global Investors Kapitalanlagegesellschaft MbH; Allianz Global Investors Luxembourg S.A.; Allianz**

820129.1

- 2 -

**Global Investors Ireland Limited**, (a private-non governmental party), certifies on information and belief that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: None.

Dated: September 18, 2007
      New York, New York

By:       **THE SHAPIRO FIRM, LLP**

      _____
      Jonathan S. Shapiro (JS-3068)
      Robert J. Shapiro (RS-3220)
      500 Fifth Avenue, 14th Floor
      New York, New York 10110
      Telephone: 212-391-6464

*Local Counsel for Plaintiffs*

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
David Kessler
Stuart L. Berman
Darren J. Check
John A. Kehoe (JK-4589)
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: 610-667-7706

*Counsel for Plaintiffs*

820129.1