AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN          DISTRICT OF          NEW YORK

Allianz Global Investors
Kapitalanlagegesellschaft
Mbh, et al
    Plaintiffs,
v.

Vivendi, SA, et al
    Defendants.

**APPEARANCE**

Case Number: 1:07-CV-08156

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Allianz Global Investors Kapitalanlagegesellschaft Mbh; Allianz Global Investors Luxembourg SA; Allianz Global Investors Ireland Limited; Alecta Pensionforsakring, Omsesidigit; Sjunde Ap-Fonden; Varma Mutual Pension Insurance Company; Danske Invest Administration A/S; Afa Livforsakringsaktiebolag; Afa Trygghetsforsakringsaktiebolag; Afa Sjukforsakringsaktiebolag; Afa Sjukforsakringsaktiebolag on Behalf of Kollektivavtalsstiftelsen Trygghetsfonden Tsl; Amf Pension Fondforvaltning AB; Arbetsmarknadsforsakringar, Pensionsforsakringssktiebolag; Pensionkassernes Administration A/S

I certify that I am admitted to practice in this court.

| | |
|---|---|
| | Schiffrin Barroway Topaz and Kessler, LLP |
| 12/6/2007 | s/ John A. Kehoe |
| Date | Signature |
| | John A. Kehoe     JK-4589 |
| | Print Name     Bar Number |
| | 280 King of Prussia Road |
| | Address |
| | Radnor    PA    19087 |
| | City    State    Zip Code |
| | (610) 667-7706    (610) 667-7056 |
| | Phone Number    Fax Number |