USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK



MAY 27 2008

CHAMBERS OF
RICHARD J. HOLWELL

IN RE VIVENDI UNIVERSAL, S.A.
SECURITIES LITIGATION

This document relates to:
    1:07-cv-8156-RJH-HBP

CIVIL ACTION NO.:
1:02-CV-5571-RJH-HBP
1:02-CV-8156-RJH-HBP
07

[PROPOSED] OPINION ORDER
ACKNOWLEDGING VOLUNTARY
DISMISSAL OF CLAIMS BY ALLIANZ
GLOBAL INVESTORS IRELAND
LIMITED

WHEREAS on May 23, 2008, Allianz Global Investors Ireland Limited ("Plaintiff"), co-plaintiff and party to the related action of *Allianz Global Investors Kapitalanlagesellschaft MBH, Allianz Global Investors, Luxembourg S.A., Allianz Global Investors Ireland Limited, Alecta Pensionsförsäkring, Ömsesidgt, Sjunde AP-Fonden, Varma Mutual Pension Insurance Company, Danske Invest Administration A/S, AFA Livförsäkringsaktiebolag, AFA Trygghetsförsäkringsaktiebolag, AFA Sjukförsäkringaktiebolag, AFA Sjukförsäkringaktiebolag on behalf of Kollektivavtalsstiftelsen Trygghetsfonden TSL, AMF Pension Fondförvaltning AB, Arbetsmarknadsförsäkringar, Pensionsforsakringsktiebolag, Pensionskassernes Adminstration A/S v. Vivendi, S.A., Jean-Marie Messier and Guillaume Hannezo*, Case No. 1:07-cv-8156-RJH-HBP, dated September 18, 2007, pursuant to Fed R. Civ. P. 41(a)(1)(i), dismissed its claims against Vivendi, S.A., Jean-Marie Messier and Guillaume Hannezo ("Defendants") voluntarily; and

WHEREAS Co-Plaintiffs *Allianz Global Investors Kapitalanlagesellschaft MBH, Allianz Global Investors, Luxembourg S.A., Alecta Pensionsförsäkring, Ömsesidgt, Sjunde AP-Fonden, Varma Mutual Pension Insurance Company, Danske Invest Administration A/S, AFA Livförsäkringsaktiebolag, AFA*

3

*Trygghetsförsäkringsaktiebolag, AFA Sjukförsäkringaktiebolag, AFA Sjukförsäkringaktiebolag on behalf of Kollektivavtalsstiftelsen Trygghetsfonden TSL, AMF Pension Fondförvaltning AB, Arbetsmarknadsförsäkringar, Pensionsforsakringsktiebolag, Pensionskassernes Adminstration A/S* have not so dismissed their claims, and represent that they shall continue to prosecute this action against Defendants, unaffected by Plaintiff's Notice of Voluntary Dismissal;

The Court hereby acknowledges that Plaintiff's Notice of Voluntary Dismissal of Claims Pursuant to Fed R. Civ. P. 41(a)(1)(i) is effective, without order of court, to dismiss without prejudice Plaintiff's claims against Defendants.

Dated: 5/28/08

_____
Richard J. Holwell, U.S. District Judge

4